# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**THOMAS L. HOPE, #114320**                                                         **PLAINTIFF**

**VERSUS**                                                **CIVIL ACTION NO. 1:09-cv-762-LG-RHW**

**WILLIAM ROSS, et al.**                                                        **DEFENDANTS**

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Memorandum Opinion and Order issued this date and incorporated herein by reference,

**IT IS HEREBY ORDERED AND ADJUDGED** that this cause be, and is hereby, dismissed without prejudice, pursuant to Fed. R. Civ .P. 41(b).

**SO ORDERED AND ADJUDGED** this the 24th day of February, 2010.

                                                  s/ *Louis Guirola, Jr.*
                                                LOUIS GUIROLA, JR.
                                                UNITED STATES DISTRICT JUDGE